# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**JUDGMENT RENDERED JANUARY 30, 2025**

**NO. 03-24-00382-CV**

**In the Matter of T. J. E. G.**

**APPEAL FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on May 13, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.